NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BROADCOM CORPORATION,**
*Plaintiff-Appellee,*

v.

**EMULEX CORPORATION,**
*Defendant-Appellant.*

---

2012-1309

---

Appeal from the United States District Court for the Central District of California in case no. 09-CV-1058, Judge James V. Selna.

---

## ON MOTION

---

Before LOURIE, SCHALL, and DYK, *Circuit Judges.*

LOURIE, *Circuit Judge.*

## ORDER

Emulex Corporation moves for a stay, pending appeal, of the permanent injunction of the United States District Court for the Central District of California, entered on March 16, 2012. Broadcom Corporation opposes. Emulex replies.

BROADCOM v. EMULEX                                                          2

A stay of an injunction pending appeal is part of a court's "'traditional equipment for the administration of justice.'" *Nken v. Holder*, 129 S.Ct. 1749, 1757 (2009) (citing *Scripps-Howard Radio, Inc. v. FCC*, 316 U.S. 4, 9-10 (1942)). But a stay is an exercise of judicial discretion, not a matter of right. *Id.* at 1761. The party seeking a stay bears the burden of showing that the circumstances justify an exercise of that discretion based on consideration of four factors, the first two of which are the most critical: (1) whether the stay applicant has made a strong showing of likelihood of success on the merits; (2) whether the applicant will be irreparably injured absent a stay; (3) whether issuance of the stay will substantially injure the other parties interested in the proceeding; and (4) where the public interest lies. *Hilton v. Braunskill*, 481 U.S. 770, 776 (1987).

Without prejudicing the ultimate disposition of this case by a merits panel, we conclude based upon the papers submitted that Emulex has not met its burden to obtain a stay pending appeal.

Accordingly,

IT IS ORDERED THAT:

The motion for a stay, pending appeal, of the injunction of the United States District Court for the Central District of California is denied.

FOR THE COURT

JUL 2 4 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Juanita R. Brooks, Esq.
     William F. Lee, Esq.
s23

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 2 4 2012

JAN HORBALY
CLERK